**Marie VAUGHN–WALKER, Plaintiff–Appellant,**

v.

**Anthony J. PRINCIPI, in his official capacity as Secretary of the Department of Veterans Affairs, Defendant–Appellee.**

No. 03–1701.

United States Court of Appeals, Fourth Circuit.

Submitted July 24, 2003.

Decided July 29, 2003.

Marie Vaughn–Walker, Appellant Pro Se. Anita K. Henry, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Marie Vaughn–Walker appeals the district court's order granting Defendant's motion for summary judgment in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Vaughn–Walker v. Principi,* No. CA–02–51–4 (E.D.Va. May 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*